**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000095
20-SEP-2021
10:31 AM
Dkt. 67 OAWST**

NO. CAAP-20-0000095

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

GREEN ENERGY HAWAII LLC, a Hawaii Limited Liability Company, Plaintiff-Appellant,
v.
SBC ENERGY HAWAII, INC., a Hawaii corporation, its successor and assigns; STANDARDKESSEL BAUMGARTE CONTRACTING GmbH, a German limited liability company, its successors and assigns; SB CONTRACTING GmbH, a German limited liability company, its successors and assigns; STANDARDKESSEL GmbH, a German limited liability company, its successors and assigns; STANDARDKESSEL POWER SYSTEMS HOLDING GmbH, a German limited liability company, its successors and assigns; EXPAND, B.V., a Dutch private limited liability company, its successors and assigns; CHARLES LEBBE BVBA, a Belgian company with limited liability, its successors and assigns; LEBBE FORESTRY LLC, a Hawaii limited liability company, its successors and assigns; HEINZ-JOSEF EVERTZ; FILIP ACKERMAN; FRANCIS COUCKE, GILLES LEBBE, JORG KLASEN and MARIO SCHARF, Defendants-Appellees,
and
JOHN DOES 1-50; JANE DOES 1-50; and DOE PARTNERSHIPS, CORPORATIONS, GOVERNMENTAL UNITS or OTHER ENTITIES 1-50 Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CC181000118)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Ginoza, Chief Judge, Leonard and Wadsworth, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal (**Stipulation**), filed on August 17, 2021, by Defendants-Appellees

SBC Energy Hawaii, Inc. (**SBC Energy Hawaii**), and Expand, B.V., the papers in support, and the record, it appears that:

(1) the appeal has been docketed;

(2) the parties stipulate to dismiss the appeal with prejudice, that Plaintiff-Appellant Green Energy Hawaii LLC will pay SBC Energy Hawaii $8,909.51 for its fees and costs in the appeal, and all others will bear their own attorneys' fees and costs;

(3) the Stipulation is dated and signed by counsel for all parties appearing in the appeal; and

(4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Stipulation to Dismiss Appeal is approved and the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, September 20, 2021.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge